# Exhibit 15

City of Pawtucket, Pawtucket, RI 02860      Invoice Date: 08/16/2019                          Customer Number: 1203

| Description | Quantity | Price | UOM | Original Invoice | Adjusted | Paid | Amount Due |
|---|---|---|---|---|---|---|---|
| 100 ALARM BOX FEES | 1 | $400.00 | EACH | $400.00 | $0.00 | $0.00 | $400.00 |

Remit With Check or Money Order Only To:

City of Pawtucket
Attn: Pawtucket Fire Dept
155 Roosevelt Ave
Pawtucket RI 02860

Tel: 401-616-1403

*DO NOT PAY WITH ONLINE BANKING*

BOX # 440 LOCATION 110 Tweed Street

INVOICE

This account is due and payable to: City of Pawtucket upon receipt.
Any remaining unpaid balance will be turned over to collections after 90 days.

Invoice Total:  $400.00

**PLEASE RETURN BOTTOM PORTION WITH PAYMENT**



**City of Pawtucket**
155 Roosevelt Ave
Pawtucket, RI 02860-2129

| Invoice Date | Invoice No. |
|---|---|
| 08/16/2019 | 7158 |
| Customer Number ||
| 1203 ||
| Total Due ||
| $400.00 ||
| Amount Paid ||
|  ||

Due Upon Receipt

1203
Polytechnic Inc
110 Tweed Street
Pawtucket, RI 02861

0000018202060000715890000000400002